UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEOM SU LEE,<br><br>               Plaintiff,<br><br>   v.<br><br>AMAZON.COM INC,<br><br>               Defendant. | CASE NO. 2:21-cv-01090-RAJ<br><br>**ORDER RE-NOTING MOTIONS FOR SUMMARY JUDGMENT** |

      On November 18, 2022, Plaintiff Beom Su Lee filed a Motion for Summary Judgment. Dkt. 36. On November 29, 2022, Defendant Amazon.com filed a Motion for Summary Judgment. Dkt. 37. These motions were referred to the undersigned on June 9, 2023.

      In a reply by Defendant Amazon.com on December 23, 2022, counsel for Amazon.com raised a concern that she never received Plaintiff's "photographs and videos of the live performance from TJ Karaoke" referred to by Plaintiff in his opposition to Defendant's motion. Dkts. 46 and 47, Ex. E; *see also* Dkt. 42 at 7 ("plaintiff submitted all the admissible evidence (photographs and videos of the live performance from TJ Karaoke) to the court and the defendant.")

      A review of the docket reveals that, on September 23, 2021, prior to Amazon.com's appearance in this matter, Plaintiff filed "2 DVDs containing Exhibit 13 in support of Complaint," which were placed in an expando folder on Clerk's Office filing shelf." Dkt. 11. It does not appear these DVDs were ever provided to Amazon.com. Because Plaintiff relies on

ORDER RE-NOTING MOTIONS FOR
SUMMARY JUDGMENT - 1

these DVDs as evidence of infringement and refers to them in his briefing, the Court will provide copies to Amazon.com. Because this information was not available at the time Amazon.com filed its motion and responsive pleadings, the Court shall re-note the summary judgment motions to allow the parties to address the impact, if any, of this "new" information.

Accordingly, it is **ORDERED**:

1) The Clerk shall forward to Amazon.com, copies of the DVDs filed by Plaintiff at Dkt. 11.

2) Plaintiff and Amazon.com may file a supplemental brief to their respective motions for summary judgment of no more than ten (10) pages *addressing the impact of this evidence only*. The supplemental briefs shall be filed by **July 7, 2023**.

3) Plaintiff and Amazon.com shall file responses of no more than ten (10) pages to the supplemental brief filed by the other. The responses shall be filed by **July 14, 2023**.

4) Plaintiff and Amazon.com may file replies of no more than five (5) pages to the response filed by the other. The replies shall be filed by **July 20, 2023**.

5) The Clerk shall **renote** the pending motions for summary judgment (Dkts. 36 and 37) for **July 21, 2023**.

DATED this 14th day of June, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER RE-NOTING MOTIONS FOR
SUMMARY JUDGMENT - 2