UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEOM SU LEE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMAZON.COM INC,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cv-01090-RAJ<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

　　　　(1)　　The Court **ADOPTS** the Report and Recommendation.

　　　　(2)　　Plaintiff Beom Su Lee's Motion for Summary Judgment (Dkt. 36) is **DENIED**.

　　　　(3)　　Defendant Amazon.Com, Inc.'s Motion for Summary Judgment (Dkt. 37) is **GRANTED**; Plaintiff Beom Su Lee's claims against Amazon.Com, Inc. are **dismissed with prejudice** and without fees or costs.

　　　　(4)　　The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

　　　　Dated this 19th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　*Richard A. Jones* (signature)

　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge